UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES FARNSWORTH,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY QUINN,<br><br>    Respondent. | Case No.  C07-5155RJB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

  The Clerk is directed to mail a copy of this Order to petitioner.

  DATED this 27 day of April, 2007.

            */S/ J. Kelley Arnold*
            J. Kelley Arnold
            United States Magistrate Judge

ORDER
Page - 1