1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES FARNSWORTH,

             Petitioner,

      v.

ANTHONY QUINN

             Respondent.

Case No. C07-5155RJB

ORDER GRANTING
RESPONDENT AN
EXTENSION OF TIME

     This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge.
Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 11).
Counsel indicates files have been ordered from the state court to answer the petition.

     Respondent has shown good cause for an extension of time and will have until **JULY 27,
2007,** to file an answer.

     The clerk is directed to send copies of this order to petitioner and counsel for respondent. And
to note the **JULY 27, 2007,** due date.

     DATED this 3 day of July, 2007.

                      */S/ J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER- 1