# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES FARNSWORTH          JUDGMENT IN A CIVIL CASE

v.

ANTHONY QUINN          CASE NUMBER: C07-5155RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Report and Recommendation, Dkt #18, is ADOPTED, and Petitioner's Writ of Habeas Corpus, Dkt #1, is DENIED WITH PREJUDICE.

October 15, 2007          BRUCE RIFKIN
         Clerk

         /s/ Dara L. Kaleel
         By Dara L. Kaleel, Deputy Clerk