1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT TACOMA

8

9     CHARLES V. FARNSWORTH,

10                        Petitioner,              Case No. C07-5155RJB

11            v.                                   ORDER DENYING  CERTIFICATE
                                                  OF APPEALABILITY
12    ANTHONY QUINN,

13                        Respondent.

14

15          This matter comes before the court on Petitioner's Notice of Appeal.  Dkt. 24.  The Court

16    must consider whether to grant or deny the petitioner a Certificate of Appealability.  See 28 U.S.C. §

17    2253(c)(3).  The Court has reviewed the relevant documents and the record herein.

18                                  PROCEDURAL HISTORY

19          On September 4, 2007, Magistrate Judge J. Kelley Arnold issued a Report and

20    Recommendation, concluding that Petitioner's habeas claim should be denied because he was not

21    denied a speedy trial, and because Petitioner's due process rights were not violated as a result of the

22    state trial court's implementation of a state court rule.  Dkt. 18.  On September 19, 2007, Petitioner

23    filed an Objection to the Report and Recommendation.  Dkt. 19.  After reviewing Petitioner's

24    objections, this Court adopted the Report and Recommendation, and denied Petitioner's writ of

25    habeas corpus.  Dkt. 21.  Petitioner has now appealed to the U.S. Court of Appeals for the Ninth

26    Order- 1

1  Circuit.

2  ## STANDARD FOR GRANTING A CERTIFICATE OF APPEALABILITY

3  The district court should grant an application for a Certificate of Appealability only if the

4  petitioner makes a "substantial showing of the denial of a constitutional right."  28 U.S.C. §

5  2253(c)(3).  To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner

6  must make a showing that reasonable jurists could debate whether, or agree that, the petition should

7  have been resolved in a different manner or that the issues presented were adequate to deserve

8  encouragement to proceed further.  *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting*

9  *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).             When the court denies a claim on

10  procedural grounds, the petitioner must show that jurists of reason would find it debatable whether

11  the petition states a valid claim of the denial of a constitutional right and that jurists of reason would

12  find it debatable whether the district court was correct in its procedural ruling.  *Slack v. McDaniel*,

13  120 S.Ct. at 1604.

14  ## DISCUSSION

15  This Court denied Petitioner's writ for habeas corpus on two grounds. Dkt. 21.  First, the

16  Court held that the Washington State Court of Appeals interpretation of Washington State Criminal

17  Rule 3.3 (CrR 3.3) was not untenable, and did not violate Petitioner's due process rights.  The

18  Washington State Court of Appeals held that CrR 3.3 was not ambiguous because it expressly

19  provides that a party who fails to object to the setting of a trial date more than 60 days after

20  arraignment waives his right to later object.  Second, this Court held that the setting of Petitioner's

21  trial date 69 days after arraignment did not violate any clearly established federal law.  There is

22  nothing in the record that would support a conclusion that jurists of reason would find it debatable

23  whether the petition states a valid claim of the denial of a constitutional right.  There is no clearly

24  established federal law that supports Petitioner's claims.

25

26  Order- 2

1          Accordingly, it is hereby **ORDERED** that petitioner's Motion for Issuance of Certificate of

2    Appealability for Appeal (Dkt. 24) is **DENIED**.

3          The Clerk is directed to send uncertified copies of this Order to all counsel of record and to

4    any party appearing *pro se* at said party's last known address.

5          DATED this 14th day of November, 2007.

6

7    _____

8    ROBERT J. BRYAN
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Order- 3